ACCEPTED
06-14-00100-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/7/2015 11:14:48 AM
DEBBIE AUTREY
CLERK

Filed 7/6/2015 3:50:21 PM
Sherry Griffis
District Clerk
Harrison County, Texas
Deputy

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/7/2015 11:14:48 AM
DEBBIE AUTREY
Clerk



ANDERSON
LEHRMAN
BARRE
MARAIST, L.L.P.

GASLIGHT SQUARE
1001 THIRD STREET, SUITE 1
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 884-4981
TELECOPIER (361) 884-9618
WWW.ALBMLAW.COM

ANDREW J. LEHRMAN*
BOARD CERTIFIED CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
*ADMITTED IN TEXAS & NEW MEXICO
CERTIFIED MEDIATOR
www.Lehrman-Mediation.com
ROBERT ANDERSON
DENNY BARRE
KEVIN M. MARAIST
BOARD CERTIFIED BUSINESS BANKRUPTCY LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*NEW MEXICO OFFICE:
BELLA VISTA
SANTA FE, NEW MEXICO 87507
(505) 466-5454

JEFFERY J. LEHRMAN**
**ADMITTED IN TEXAS, NEW YORK & NEW JERSEY

OF COUNSEL:
DOUGLAS E. BIRCHER
MARVIN J. WANNER
BOARD CERTIFIED ESTATE PLANNING & PROBATE
TEXAS BOARD OF LEGAL SPECIALIZATION
TIMOTHY P. DOWLING
BOARD CERTIFIED BUSINESS BANKRUPTCY LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

## JAMES H. DAVIS, INDIVIDUALLY AND D/B/A J.D. MINERALS AND JDMI, LLC'S SECOND REQUEST FOR DOCUMENTS TO BE INCLUDED IN CLERK'S RECORD

TO:      Mellinda Craig
Clerk of the District Courts of Harrison County, Texas
Harrison County Courthouse
200 W. Houston, Suite 234
Marshall, Texas 75670
(903) 935-8409

FROM:  Douglas D. McLallen
Attorney for James H. Davis, Individually
and d/b/a J.D. Minerals and JDMI, LLC

RE:      James H. Davis, Individually and d/b/a J.D. Minerals and JDMI, LLC's request for documents to be included in the clerk's record for Mark J. Mueller v. James H. Davis, Individually and d/b/a J.D. Minerals and JDMI, LLC, Cause Number 11-0858, in the 71st Judicial District Court of Harrison County, Texas.

Plaintiff, Mark J. Mueller, is appealing this case to the Sixth Court of Appeals. The Trial Court signed the final judgment in this case on October 8, 2014. Plaintiff filed a notice of appeal on December 17, 2014, and has made arrangements with the clerk to pay the clerk's fee.

Defendants request that the following document be included to supplement the clerk's record, as required by Texas Rule of Appellate Procedure 34.5(C):

1.    Defendants' Amended Answer and Special Exceptions to Plaintiff's Fifth

Amended Original Petition Subject to Defendants' Motion to Strike Plea in Intervention filed October 7, 2014.

Respectfully submitted,

/s/ Douglas D. McLallen
**DOUGLAS D. McLALLEN**
Texas Bar No. 00788025
**ANDERSON LEHRMAN BARRE & MARAIST, LLP**
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, Texas 78404
(361) 884-4981
FAX: (361) 884-1286
dmclallen@albmlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 6, 2015, a true and correct copy of the foregoing was served on the following in accordance with Texas Rules of Civil Procedure 21 and 21a as follows:

Mr. Bob Whitehurst                              *Via Email:* *whitehurstlawfirm@yahoo.com*
Whitehurst & Whitehurst
5380 Old Bullard Road, Suite 600, #363
Tyler, Texas 75703

/s/ Douglas D. McLallen
Douglas D. McLallen